injunction pending appeal. Thus, Corvis has a remedy other than mandamus.

Accordingly,

IT IS ORDERED THAT:

Corvis's petition for a writ of mandamus is denied.

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**SIMPLETECH, INC. (formerly known as Simple Technology, Inc.), Plaintiff–Appellant,**

v.

**DPAC TECHNOLOGIES CORP. (formerly known as Dense–Pac Microsystems, Inc.), Defendant–Appellee.**

No. 04–1034.

United States Court of Appeals, Federal Circuit.

March 22, 2004.

Lester J. Savit, Michael W. De Vries, Irvine, CA, Kenneth R. Adamo, Cleveland, OH, Gregory A. Castanias, Washington, DC, for Defendant-Appellee.

Joseph F. Jennings, Joseph R. Re, Joseph S. Cianfrani, Irvine, CA, for Plaintiff-Appellant.

### ORDER

The parties having so agreed, it is

**ASM AMERICA, INC., Plaintiff/Counterclaim Defendant–Appellant,**

and

**Arthur Sherman, Plaintiff–Appellant,**

and

**ASM International, N.V., Counterclaim Defendant,**

v.

**GENUS, INC., Defendant/Counterclaimant–Appellee.**

No. 04–1211.

United States Court of Appeals, Federal Circuit.

March 23, 2004.

Sharon O'Grady, Principal Attorney, Pillsbury Winthrop, San Francisco, CA, for for Plaintiff–Appellant.

Henry C. Bunsow, Principal Attorney, Simon Howrey, San Francisco, CA, for Plaintiff/Counterclaim Defendant–Appellant.

Edward R. Reines, Principal Attorney, Gotshal Weil, Redwood Shores, CA, for Defendant/Counterclaimant–Appellee.